# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE, et al.,<br>　　　　Defendants. | No. 2:25-cv-1078-DC-SCR<br><br>**NOTICE AND ORDER RE: FILING BY VEXATIOUS LITIGANT** |

　　　　Plaintiff, Vester L. Patterson, has attempted to initiate a new civil action. According to the pre-filing order in Case No. 1:18-cv-1688-DAD-JDP (see ECF No. 10), plaintiff has been identified as a vexatious litigant who is not permitted to initiate any habeas corpus action or civil rights complaint unless specific requirements have been met. The court has reviewed the complaint in accordance with the pre-filing order and finds that:

☐　Plaintiff has submitted the required fees with his complaint.

☒　Plaintiff has not submitted the required fees and
　　　☒　has　　☐　has not
submitted a completed application to proceed in forma pauperis along with a certified copy of his prison trust account statement.

☒　Plaintiff
　　　☐　has　　☒　has not
included claims that are the proper subject matter for a prisoner civil rights complaint because he is raising a collateral challenge to his 2011 criminal conviction in the Los Angeles Superior Court. See Preiser v. Rodriguez, 411 U.S. 475, 500 (1973).

Accordingly, IT IS HEREBY ORDERED that plaintiff
　　　☐　may file the complaint in the above-referenced matter and the Clerk of the Court is directed to file the complaint and assign a civil case number.
　　　☒　may not file the complaint in the above-referenced matter because he has not complied with the requirements of the pre-filing order, as indicated above. The Clerk of the Court is directed to return the complaint to plaintiff. Plaintiff may re-submit the complaint in accordance with the requirements of the pre-filing order entered in Case No. 1:18-cv-1688-DAD-JDP.

DATED; September 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SEAN C. RIORDAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE