UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF JUSTICE, et al.,<br>Defendants. | No. 2:25-cv-01078-DC-SCR<br><br>ORDER |

Plaintiff has attempted to file a first amended complaint. ECF No. 7. The Court has already entered judgment and this case is closed. ECF No. 4. Accordingly, the Court directs the Clerk to STRIKE Plaintiff's request (ECF No. 6) to file an amended complaint. See Lindauer v. Rogers, 91 F.3d 1355 (9th Cir. 1996) (affirming district court's order striking a post-judgment motion to amend the complaint). No further filings shall be accepted in this closed case. Any future filing submitted in violation of this order shall be returned to plaintiff.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court STRIKE Plaintiff's request to file an amended complaint (ECF No. 6) and the amended complaint itself (ECF No. 7).

DATED: October 6, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE